No. 01–8371. IN RE TRAVIESO. Petition for writ of mandamus denied.

No. 01–7574. SATTAZAHN *v.* PENNSYLVANIA. Sup. Ct. Pa. Motion of petitioner for leave to proceed *in forma pauperis* granted. Certiorari granted.

No. 00–5231. CALDERON NOGALES *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 00–10033. DRIVER *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 00–10220. GUTIERREZ *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 01–625. JOHNSON *v.* BOARD OF TRUSTEES OF LELAND STANFORD JUNIOR UNIVERSITY ET AL. Ct. App. Cal., 6th App. Dist. Certiorari denied.

No. 01–722. PHOTOGRAMMETRIC DATA SERVICES, INC., ET AL. *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 01–760. HURDLE *v.* VIRGINIA DEPARTMENT OF ENVIRONMENTAL QUALITY. C. A. 4th Cir. Certiorari denied.

No. 01–817. DINO'S VICTORY ROAD HOUSE, INC., ET AL. *v.* CITY OF LOS ANGELES, CALIFORNIA. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 01–868. BRADLEY *v.* DONER ET AL. Dist. Ct. App. Fla., 4th Dist. Certiorari denied.

No. 01–875. CURTIS *v.* SOUTH CAROLINA ET AL. Sup. Ct. S. C. Certiorari denied.

No. 01–885. JOHNSON *v.* NAGLE, WARDEN, ET AL. C. A. 11th Cir. Certiorari denied.